IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAR MIKHAK, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PHOENIX INC., et al., <br><br> Defendants. | Case No. 21-cv-06919-CRB <br><br> **ORDER GRANTING 21-DAY EXTENSION** |

Pro se Plaintiff Bahar Mikhak has requested a 21-day extension of time to file her opposition to Defendants' motion to dismiss. See Mot. for Admin. Relief (dkt. 118). The Court GRANTS Mikhak's request. The opposition is due by November 4, 2022, and must otherwise conform to Civil Local Rules 7-3 and 7-4. Defendants' reply is due by November 11, 2022. The Court hereby VACATES the hearing on Defendants' motion.

**IT IS SO ORDERED.**

Dated: October 6, 2022

CHARLES R. BREYER
United States District Judge